AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

| | |
|---|---|
| DESERT PALACE, INC., a Nevada corporation dba CAESARS PALACE, <br><br> V. <br><br> YVONNE HUIYI CHAO LEE, an individual | CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT <br><br> CV-07-80225-MISC. <br> Case Number: 2:06-cv-01458-KJD-GWF |

I, **LANCE S. WILSON** _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action **07/23/07** , as it

appears in the records of this court, and that

**no notice of appeal from this judgment has been filed, and no motion of any kind listed in 4(c) of Federal Rules of Appellate Procedure has been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

9/7/07
Date

LANCE S. WILSON
Clerk

(By) Deputy Clerk
S. KIRKPATRICK

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

1  DAVID C. NELSON, ESQ.
   Nevada Bar No. 006073
2  LAW OFFICES OF DAVID C. NELSON
   711 South Fourth Street, Suite 203
3  Las Vegas, Nevada 89101
   Telephone Number: (702) 385-5595
4  Facsimile Number: (702) 385-5593
   Attorneys for Plaintiff
5  Desert Palace, Inc. d/b/a Caesars Palace

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  DESERT PALACE, INC., a Nevada            )
   corporation d/b/a CAESARS PALACE,        )
10                                          )   Case No.: 2:06-cv-01458-KJD-GWF
                     Plaintiff,             )
11 vs.                                      )
                                            )
12 YVONNE HUIYI CHAO LEE, an individual,    )
                                            )
13                   Defendant.             )
                                            )

14

15                              **JUDGMENT**

16    This matter having come before the Court pursuant to the Application for Entry of

17 Judgment by Default of Plaintiff, DESERT PALACE, INC., doing business as CAESARS

18 PALACE.

19    Defendant, YVONNE HUIYI CHAO LEE, having been duly served with the Summons

20 and Complaint in this action and having failed to answer or otherwise respond to the Summons

21 and Complaint or enter any appearance in this action, a Default having been duly entered against

22 said Defendant by the Court Clerk on July 12, 2007, and good cause appearing therefor, it is

23 hereby:

24

                                    -1-

1    ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of
2    Plaintiff, DESERT PALACE, INC., doing business as CAESARS PALACE, and against
3    Defendant, YVONNE HUIYI CHAO LEE, and that said Defendant do pay the Plaintiff the
4    following amounts:

5        1.   The principal sum of One Hundred Thousand and No/100 U.S. Dollars
6             ($100,000.00) due and owing by Defendant to Plaintiff for monies lent by the
7             Plaintiff to the Defendant;
8        2.   Pre-judgment statutory interest in the amount of Sixteen Thousand Nine Hundred
9             and 86/100 U.S. Dollars ($16,900.86), through July 20, 2007;
10       3.   Reasonable attorneys' fees, pursuant to contract, in the amount of One Thousand
11            and No/100 U.S. Dollars ($1,000.00); and
12       4.   Costs of suit in the amount of Five Hundred Ninety-Five and No/100 U.S. Dollars
13            ($595.00).

14   For a total Judgment in favor of Plaintiff, DESERT PALACE, INC., doing business as
15   CAESARS PALACE, and against Defendant, YVONNE HUIYI CHAO LEE, in the amount of
16   **One Hundred Eighteen Thousand Four Hundred Ninety-Five and 86/100 U.S. Dollars**
17   **($118,495.86)**, all to bear interest at the Nevada statutory rate from July 21, 2007 until paid in
18   full.

19       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, DESERT
20   PALACE, INC., doing business as CAESARS PALACE, shall be entitled to recover from
21   Defendant, YVONNE HUIYI CHAO LEE, all costs, expenses and reasonable attorneys' fees
22   incurred and attendant to registration, enforcement and collection of this Judgment, to be taxed
23   as supplemental costs.
24

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall

2  be considered a final Judgment for all purposes.

3  FOR WHICH SUMS LET EXECUTION ISSUE.

4  DATED this 23rd day of July, 2007.

7  UNITED STATES DISTRICT JUDGE

10  Respectfully Submitted By:

11  LAW OFFICES OF DAVID C. NELSON

12
13  By:   /s/ David C. Nelson
       David C. Nelson, Esq.
       Nevada Bar Number: 6073
14     711 South Fourth Street, Suite 203
       Las Vegas, Nevada 89101
15     Telephone: (702) 385-5595
       Facsimile:  (702) 385-5593
16     Attorneys for Plaintiff
       Desert Palace, Inc. d/b/a Caesars Palace

I hereby attest and certify on 8·8·07 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

-3-

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

_____ District of _____

### EXEMPLIFICATION CERTIFICATE

I, _____Lance S. Wilson_____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

2:06-cv-01458-KJD-GWF Desert Palace Inc. v. Lee
Document #15, Judgment

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Las Vegas _____ on _____8/8/2007_____
*City*                                                                *Date*

**LANCE S. WILSON**           [signature]
*Clerk*                                         *(By) Deputy Clerk*

I, _____Judge Kent J. Dawson_____, a Judicial Officer of this Court, certify that _____Lance S. Wilson_____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

____8/08/07____           [signature]
*Date*                                          *Signature of Judge*

                                             Honorable Judge Kent J. Dawson
                                             *Title*

I, _____Lance S. Wilson_____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____Judge Kent J. Dawson_____,
                                                                *Judge*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's Rllicial signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at
Las Vegas _____ in this State, on _____8-9-07_____
*City*

**LANCE S. WILSON**           [signature]
*Clerk*                                          *(By) Deputy Clerk*

[Seal: UNITED STATES DISTRICT COURT DISTRICT OF NEVADA]