1  JAMES A. STEARMAN
   Attorney at Law
2  Attorney Bar No. 78300
   1235 North Harbor Boulevard
3  Suite 200
   Fullerton, California 92632-1349
4  (714) 870-8501
   FAX: (714) 871-5620
5
   Attorney for Plaintiff
6  DESERT PALACE, INC., a Nevada
   corporation dba CAESARS PALACE,
7

*FILED*

*2007 SEP 25 PM 3: 12*

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  DESERT PALACE, INC., a Nevada        )   CASE NUMBER: CV-07-80225-MISC — DLJ
    corporation dba CAESARS PALACE,      )
12                                       )   NOTICE OF COUNSEL OF RECORD FOR
                          Plaintiff      )   PLAINTIFF
13                                       )
    v.                                   )
14                                       )
    YVONNE HUIYI CHAO LEE, an individual,)
15                                       )
                          Defendant      )
16  _____     )

17        TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, AND TO ALL

18  INTERESTED PARTIES:

19        PLEASE TAKE NOTICE that the counsel of record for Plaintiff DESERT PALACE, INC., a

20  Nevada corporation dba CAESARS PALACE in the above-captioned matter is JAMES A.

21  STEARMAN, ESQ., 1235 North Harbor Boulevard, Suite 200, Fullerton, California 92832-1349,

22  telephone number (714) 870-8501.

23

24  DATED: September 20, 2007

                                         _____
25                                       JAMES A. STEARMAN
                                         Attorney for Plaintiff
26

27

28

**PROOF OF SERVICE**
(CCP 1013a(3) Revised 07/01/90)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 1235 North Harbor Boulevard, Suite 200, Fullerton, California 92832-1349.

On **September 20**, **2007**, I served the foregoing document described as **NOTICE OF COUNSEL OF RECORD FOR PLAINTIFF** on the interested party(s) below:

__    by placing true copies thereof enclosed in seal envelopes addressed as stated on the attached mailing list:

_X_    by placing _ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

YVONNE HUIYI CHAO LEE
1301 OAKLAND AVENUE
PIEDMONT, CA 94611

__    **VIA FAX**  The above documents were served via fax transmission on _____, **2007**, at approximately _____ to the above-listed fax numbers from the following fax number: (714) 871-5620. The transmission(s) was/were reported complete and without error. The transmission report(s) which is/are attached hereto was/were properly issued by the transmitting fax machine.

_X_    **BY FIRST-CLASS MAIL, POSTAGE PREPAID**

I sealed and deposited such envelope(s) in the mail at Fullerton, California following ordinary business practices. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__    **PERSONAL SERVICE**  I delivered such envelope by hand to the offices of the addressee(s) as shown above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 20, 2007**, at Fullerton, California.

_Roberta A. Koi_
Type or Print Name

Roberta A Koi
Signature