1  JAMES A. STEARMAN
   Attorney at Law
2  Attorney Bar No. 78300
   1235 North Harbor Boulevard
3  Suite 200
   Fullerton, California 92632-1349
4  (714) 870-8501
   FAX: (714) 871-5620
5
   Attorney for Plaintiff
6  DESERT PALACE, INC., a Nevada
   corporation dba CAESARS PALACE,
7

FILED
2007 SEP 25 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | DESERT PALACE, INC., a Nevada           ) CASE NUMBER: CV-07-80225-MISC-DLJ
   | corporation dba CAESARS PALACE,         )
12 |                                         ) CERTIFICATION AS TO INTERESTED
   |              Plaintiff                  ) PARTIES
13 |                                         )
   | v.                                      )
14 |                                         )
   | YVONNE HUIYI CHAO LEE, an individual,   )
15 |                                         )
   |              Defendant                  )
16 |_____)

17

18     The undersigned, counsel of record for Plaintiff DESERT PALACE, INC., a Nevada corporation

19  dba CAESARS PALACE certifies that the following listed party has a direct, pecuniary interest in the

20  outcome of this case.  This representation is made to enable the Court to evaluate possible

21  disqualification or recusal.

22

23     Desert Palace, Inc., a Nevada corporation           Plaintiff
       doing business as Caesars Palace
24

25

26  DATED: September 20, 2007
                                                          /s/ James A. Stearman
27                                                        JAMES A. STEARMAN
                                                          Attorney for Plaintiff
28

---

USDC Case #CV-07-80225-MISC            CERTIFICATION AS TO INTERESTED PARTIES

**PROOF OF SERVICE**
(CCP 1013a(3) Revised 07/01/90)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 1235 North Harbor Boulevard, Suite 200, Fullerton, California 92832-1349.

On **September 20, 2007**, I served the foregoing document described as **CERTIFICATION AS TO INTERESTED PARTIES** on the interested party(s) below:

___  by placing true copies thereof enclosed in seal envelopes addressed as stated on the attached mailing list:

_X_  by placing __ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

YVONNE HUIYI CHAO LEE
1301 OAKLAND AVENUE
PIEDMONT, CA 94611

___  **VIA FAX** The above documents were served via fax transmission on _____, 2007, at approximately ____ to the above-listed fax numbers from the following fax number: (714) 871-5620. The transmission(s) was/were reported complete and without error. The transmission report(s) which is/are attached hereto was/were properly issued by the transmitting fax machine.

_X_  **BY FIRST-CLASS MAIL, POSTAGE PREPAID**

I sealed and deposited such envelope(s) in the mail at Fullerton, California following ordinary business practices. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  **PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee(s) as shown above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 20, 2007**, at Fullerton, California.

_Roberta A. Koi_                    _[signature: Roberta A. Koi]_
Type or Print Name                  Signature