JAMES A. STEARMAN
ATTORNEY AT LAW
1235 N. HARBOR BLVD. #200
FULLERTON, CA 92832-1349



FILED
SEP 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT PALACE, INC., a Nevada corporation dba CAESARS PALACE<br><br>PLAINTIFF(S)<br>v.<br><br>YVONNE HUIYI CHAO LEE, an individual<br><br>DEFENDANT(S). | **CASE NUMBER**<br>CV-07-80225-MISC-DLJ<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Oakland _____

☐ State of _____, County of _____

I, _____JAMES A. STEARMAN_____ hereby state under penalty of perjury that,

1. Judgment for $ 118,495.86 was entered on 09/17/2007 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of DESERT PALACE, INC., a Nevada corporation*** as Judgment Creditor, and against YVONNE HUIYI CHAO LEE as Judgment Debtor.
   ***dba CAESARS PALACE

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 2:06-cv-01458-KJD-GWF in the United States District Court for the _____ District of Nevada and which has become FINAL. (Filed 7/23/2007)

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of Nevada are the following sums:
   $ 2,030.08 accrued interest, computed at 10.25 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ -0- which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Fullerton, State of California, this 20th date of September, 2007.

_____
Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)                    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION